DOCKET NO. 22-20540

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

D. L. MARKHAM DDS, MDS, INC. 401(K) PLAN, ET AL.,

*Plaintiffs-Appellants*,

v.

THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, ET AL.,

*Defendants-Appellees*.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
_____

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY ELIZABETH P. WROBLEWSKI AS COUNSEL FOR APPELLEES THE VARIABLE ANNUITY LIFE INSURANCE COMPANY AND VALIC FINANCIAL ADVISORS, INCORPORATED**
_____

| | |
|---|---|
| Elizabeth P. Wroblewski, Esq. | Charan M. Higbee, Esq. |
| Texas Bar No. 24115966 | California Bar No. 148293 |
| David T. McDowell, Esq. | Charan.higbee@mhllp.com |
| Texas Bar No. 00791222 | MCDOWELL HETHERINGTON LLP |
| Elizabeth.wroblewski@mhllp.com | 1999 Harrison Street |
| david.mcdowell@mhllp.com | Suite 2050 |
| MCDOWELL HETHERINGTON LLP | Oakland, CA 94612 |
| 1001 Fannin | (510) 628-2145 ‖ (510) 628-2146 fax |
| Suite 2400 | |
| Houston, TX 77002 | **Attorneys for Appellees** |
| (713) 337-5580 ‖ (713) 337-8850 fax | **The Variable Annuity Life Insurance Company and Valic Financial Advisors, Incorporated** |

Pursuant to 5th Cir. R. 27-1, Elizabeth P. Wroblewski, Esq. moves this Court for entry of an Order withdrawing her as counsel for Appellees, The Variable Annuity Life Insurance Company and Valic Financial Advisors, Incorporated, ("VALIC"), and in support states:

1. Ms. Wroblewski is serving as counsel for VALIC and is departing McDowell Hetherington LLP.

2. Before filing this Motion, Ms. Wroblewski certifies that VALIC was provided with notice of her pending departure. VALIC does not object to Ms. Wroblewski's withdrawal and desires that McDowell Hetherington LLP, David T. McDowell, Esq. and Charan M. Higbee, Esq. continue to represent it as counsel in this matter.

3. David T. McDowell, Esq. of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, Texas 77002 and Charan M. Higbee, Esq. of McDowell Hetherington LLP, 1999 Harrison Street, Suite 2050, Oakland, CA 94612 will remain as counsel for VALIC.

4. Undersigned counsel requests leave from this Court to withdraw as counsel for VALIC in this matter.

5. Undersigned counsel certifies that she has conferred with opposing counsel, who has no objection to the relief sought in this Motion.

WHEREFORE, undersigned counsel Elizabeth P. Wroblewski, Esq. requests that this Court enter an order permitting her to withdraw as counsel in this matter.

Dated: January 30, 2023

s/ Elizabeth P. Wroblewski
Elizabeth P. Wroblewski (Texas Bar No. 24115966)
David T McDowell (Texas Bar No. 00791222)
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
(713) 337 5580
(713) 337 8850 fax
Elizabeth.wroblewski@mhllp.com
david.mcdowell@mhllp.com


Charan M. Higbee (California Bar No. 148293)
MCDOWELL HETHERINGTON LLP
1999 Harrison Street, Suite 2050
Oakland, CA 94612
(510) 628-2145
(510) 628-2146 fax
Charan.higbee@mhllp.com

*Counsel for Appellees*
*The Variable Annuity Life Insurance Company and*
*Valic Financial Advisors, Incorporated*

## CERTIFICATE OF COMPLIANCE

**Typeface and Type-Style**

This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Microsoft Word. The type face is Times New Roman, 14-point font.

Dated: January 30, 2023　　　　　　　　　　　s/ Elizabeth P. Wroblewski
　　　　　　　　　　　　　　　　　　　　　　Elizabeth P. Wroblewski

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2023, I filed the foregoing Motion with the Clerk of the Court via CM/ECF, which served the following counsel:

>Christopher D. Baker
>Robert Allan Dolinko
>Baker Curtis & Schwartz, P.C.
>1 California Street
>Suite 1250
>San Francisco, CA 94111
>cbaker@bakerlp.com
>rdolinko@bakerlp.com
>
>David F. Crutcher
>790 Mission Avenue
>San Rafael, CA 94901
>david@crutcherlaw.com
>
>John Saul Edwards Jr.
>Ajamie, L.L.P.
>711 Louisiana Street
>Pennzoil Place S. Tower
>Suite 2150
>Houston, TX 77002
>jedwards@ajamie.com

>>s/Elizabeth P. Wroblewski
>>Elizabeth P. Wroblewski