# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20540   D.L. Markham v. Variable Annuity Life
                  USDC No. 4:22-CV-974

The court has taken the following action in this case:

The motion to withdraw as counsel is GRANTED.

We have removed Elizabeth P. Wroblewski from our docket as counsel for appellees. We will not send further orders, correspondence, etc. regarding this appeal.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Angelique B. Tardie, Deputy Clerk
                                    504-310-7715

Mr. Christopher D. Baker
Mr. David F. Crutcher
Mr. Robert Allan Dolinko
Mr. John Saul Edwards Jr.
Mr. Charan M. Higbee
Mr. David T. McDowell
Ms. Elizabeth P. Wroblewski