# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2023

TO COUNSEL LISTED BELOW:

    No. 22-20540     D.L. Markham v. Variable Annuity Life

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Monday October 2, 2023, to Tuesday October 3, 2023, as the enclosed calendar reflects.

Please acknowledge receipt of this calendar via email to your courtroom deputy, kim_pollard@ca5.uscourts.gov

You must still return the acknowledgment form that was previously sent for your use in designating the arguing attorney and the allotment of time.

Very truly yours,
LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt
Assistant Calendaring Clerk
504-310-7631

Enclosure(s)

Mr. Christopher D. Baker
Mr. James Chambers
Mr. Daniel Joseph Colbert
Mr. David F. Crutcher
Mr. Robert Allan Dolinko
Mr. John Saul Edwards Jr.
Ms. Charan M. Higbee
Mr. Eric S. Mattson
Mr. David T. McDowell
Ms. Jaime Santos