

Chris Baker
1 California Street, Suite 1250
San Francisco, CA 94111
tel. (415) 433-1064
cbaker@bakerlp.com
www.bakerlp.com

December 1, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA  70130-3408

      Re:    <u>D.L. Markham v. Variable Annuity Life</u> (Case No. 22-20540)
               Notice of Supplemental Authority (F.R.A.P. 28(j))

Dear Mr. Cayce:

      On November 14, 2023, the Honorable Debra Ann Livingston issued a unanimous opinion in *Cunningham v. Cornell University*, -- F.3d --, 2023 WL 7504142 (2d Cir. Nov. 14, 2023). *Cunningham* addresses the interpretation of "party in interest" with respect to service providers and the interplay between 29 U.S.C. §§ 1106 and 1108. It adopts, in part, the expansive reading of the ERISA statue set forth in *Braden v. Wal-Mart Stores, Inc.,* 588 F.3d 585 (8th Cir. 2009) and *Bugielski v. AT&T Servs, Inc.*, 76 F.4th 894 (9th Cir. 2023). *See Cunningham, supra,* at \*\*5-10. It further concludes that, while the defendant still bears the ultimate burden of proof as to the applicability of the § 1108(b)(2)(A) exemption, a plaintiff must affirmatively plead that the transaction is either unnecessary or for unreasonable compensation in order to state a prohibited transaction claim under § 1106(a)(1)(C). *Id.* at \* 9.

      *Cunningham* is relevant to the issues and arguments presented in this appeal with respect to whether the Markhams adequately alleged a prohibited transaction. (*See, e.g.,* Opening Brief pp. 37-40; Reply Brief pp. 4-16, 25-26). Moreover, unlike *Cunningham,* the complaint here plausibly alleges VALIC's termination penalty is unnecessary or unreasonable and thus not

Lyle W. Cayce, Clerk of Court
December 1, 2023
Page 2

saved by any § 1108 exception. (Opening Brief p. 29; ROA.016-018, 21). To the extent the initial complaint's allegations may still deemed insufficient, leave to amend is appropriate. (Opening Brief pp. 43-46; Reply Brief pp. 23-24).

Very truly yours,

Chris Baker

cc: **Counsel for Appellees Variable Annuity Life et al.**: Elizabeth Wroblewski, David McDowell and Charan M. Higbee

**Counsel for Amicus Curiae US Chamber of Commerce**: Janet Galeria, Jordan L. Von Bokern, Jaime A. Santos and Jesse Lempel

**Counsel for Amicus Curiae American Council of Life Insurers**: Eric Mattson, Clair Lee and David Leifer

**Counsel for Amicus Curiae US Secretary of Labor**: Seema Nanda, Wayne Berry, Jeffrey Hahn, Daniel Colbert