# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 14, 2023
Lyle W. Cayce
Clerk

No. 22-20540

---

D.L. Markham DDS, MSD, Incorporated 401(K) Plan; D.L. Markham DDS, *MSD, Incorporated, as plan administrator*,

    *Plaintiffs—Appellants*,

*versus*

Variable Annuity Life Insurance Company; Valic Financial Advisors, Incorporated,

    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-974

---

Before Clement, Haynes, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jan 05, 2024

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit